**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SPRUNGER, ROBERT, JR. | ) | |
| SPRUNGER, TANYA | ) | CASE NO. 05-53754 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To: THE HONORABLE
BANKRUPTCY JUDGE BRUCE W. BLACK

NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 10/13/05. BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 10/13/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $214,500.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of October 14, 2007 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | 14,141.80 |
| b. | DISBURSEMENTS (See Exhibit C) | 4,348.49 |
| c. | NET CASH available for distribution | 9,793.31 |
| d. | TRUSTEE/PROFESSIONAL COSTS | |
| | 1. Trustee compensation requested (See Exhibit E) | 1,764.18 |

| | | |
|---|---|---|
| 2. | Trustee Expenses (See Exhibit E) | 215.29 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | 1,135.00 |

5. The Bar Date for filing unsecured claims expired on 04/06/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid Secured Claims | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 Claims | 3,114.47 |
| c. | Allowed Chapter 11 Administrative Claims | 0.00 |
| d. | Allowed Priority Claims | 0.00 |
| e. | Allowed Unsecured Claims | 62,181.19 |

7. Trustee proposes that unsecured creditors receive a distribution of 12.05% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $1,135.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,114.47 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9. A fee of $0.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

Dated: October 14, 2007 By: /s/ Bradley J. Waller

BRADLEY J. WALLER, TRUSTEE
KLEIN, STODDARD, BUCK, WALLER & LEWIS
2045 ABERDEEN COURT
SYCAMORE, IL 60178

Robert Sprunger, Jr.
Tanya Sprunger
05-53754

**TASKS PERFORMED BY TRUSTEE**

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors. Upon review of the schedules, the Trustee determined equity existed in various shares of stock of Pepsi Co., Motorola, and Colgate-Palmolive. After extensive work, the Trustee was able to sell said stock.

The Trustee prepared semi-annual reports to the United States Trustee's Office.

The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

The Trustee attended to tax issues concerning the estate and obtained prompt determination letters.

The Trustee reviewed the claims filed in this case.

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-53754 BB
**Case Name:** SPRUNGER, ROBERT, JR.
SPRUNGER, TANYA
**Period Ending:** 10/14/07

**Trustee:** (330500) BRADLEY J. WALLER
**Filed (f) or Converted (c):** 10/13/05 (f)
**§341(a) Meeting Date:** 12/29/05
**Claims Bar Date:** 04/06/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 205,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | STOCK-PEPSI | 7,500.00 | 8,201.90 | | 8,201.90 | FA |
| 3 | STOCK-MOTOROLA | 3,800.00 | 3,800.00 | | 3,406.90 | FA |
| 4 | STOCK-COLGATE | 9,000.00 | 2,413.94 | | 2,413.94 | FA |
| 5 | 2001 FORD ECOLINE VAN | 9,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | REFUND OF TAXES (u) | 0.00 | 20.52 | | 20.52 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 98.54 | Unknown |
| **7** | **Assets** **Totals** (Excluding unknown values) | **$234,800.00** | **$14,436.36** | | **$14,141.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2006

**Current Projected Date Of Final Report (TFR):** October 15, 2007 (Actual)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 05-53754 BB
**Case Name:** SPRUNGER, ROBERT, JR.
SPRUNGER, TANYA
**Taxpayer ID #:** 13-7532470
**Period Ending:** 10/14/07

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****02-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/06 | {3} | Mellon Investor Services | Payment for shares of stock | 1129-000 | 3,406.90 | | 3,406.90 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.15 | | 3,407.05 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.32 | | 3,409.37 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.32 | | 3,411.69 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.16 | | 3,413.85 |
| 10/03/06 | {2} | The Bank of NY as Agent For Pepsico, Inc | Sale of Stock | 1129-000 | 8,201.90 | | 11,615.75 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.24 | | 11,622.99 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.63 | | 11,630.62 |
| 12/14/06 | {4} | The Bank of New York as Agent for Cogate | Liquidation of Colgate-Palmolive Stock | 1129-000 | 2,413.94 | | 14,044.56 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.97 | | 14,052.53 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.37 | | 14,061.90 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.00 | | 14,068.90 |
| 03/01/07 | 1001 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-53754 | 2300-000 | | 11.49 | 14,057.41 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.50 | | 14,064.91 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.76 | | 14,072.67 |
| 05/16/07 | 1002 | United States Treasury | Payment of 2006 US Income Taxes for Estates and Trusts | 2810-000 | | 74.00 | 13,998.67 |
| 05/16/07 | 1003 | Illinois Department of Revenue | Payment for 2006 Illinois Fiduciary Income Taxes IL-1041-V | 2820-000 | | 263.00 | 13,735.67 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.74 | | 13,743.41 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.09 | | 13,750.50 |
| | | | | **Subtotals :** | **$14,098.99** | **$348.49** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 05-53754 BB
**Case Name:** SPRUNGER, ROBERT, JR.
SPRUNGER, TANYA
**Taxpayer ID #:** 13-7532470
**Period Ending:** 10/14/07

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****02-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.83 | | 13,758.33 |
| 08/15/07 | {6} | State of Illinois | Refund of Taxes for period ending 12/2006 | 1224-000 | 20.52 | | 13,778.85 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.59 | | 13,786.44 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.87 | | 13,793.31 |
| 10/14/07 | 1004 | Robert & Tanya Sprunger | Payment for 2 expemptions claimed for sale of Pepsi Co & Colgate Stock | 8100-002 | | 4,000.00 | 9,793.31 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **14,141.80** | **4,348.49** | **$9,793.31** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **14,141.80** | **4,348.49** | |
| Less: Payments to Debtors | | 4,000.00 | |
| **NET Receipts / Disbursements** | **$14,141.80** | **$348.49** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 05-53754 BB
**Case Name:** SPRUNGER, ROBERT, JR.
SPRUNGER, TANYA
**Taxpayer ID #:** 13-7532470
**Period Ending:** 10/14/07

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****02-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****02-65 | 14,141.80 | 348.49 | 9,793.31 |
| | $14,141.80 | $348.49 | $9,793.31 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SPRUNGER, ROBERT, JR. | ) | |
| SPRUNGER, TANYA | ) | CASE NO. 05-53754 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, BRADLEY J. WALLER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,114.47 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,678.84 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 9,793.31 |

**EXHIBIT D**

| **1. TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **2. TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $3,114.47 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | BRADLEY J. WALLER | 1,764.18 | 1,764.18 |
| | BRADLEY J. WALLER | 215.29 | 215.29 |
| | LEE G. SCHWENDNER, CPA | 1,135.00 | 1,135.00 |

| **3. TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **4. TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are | $55,419.69 | 12.05% |

paid in full)

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Target National Bank (f.k.a. Retailers National Ba | 2,220.21 | 267.57 |
| 2 | Target National Bank (f.k.a. Retailers National Ba | 10,417.36 | 1,255.44 |
| 3 | Chase Bank USA, N.A. | 8,759.25 | 1,055.61 |
| 4 | Discover Bank/Discover Financial Services | 10,190.73 | 1,228.12 |
| 5 | Discover Bank/Discover Financial Services | 15,323.24 | 1,846.66 |
| 6 | American Express Centurion Bank | 8,508.90 | 1,025.44 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $6,761.50 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 7 | Capital One Bank | 6,761.50 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
|---|---|---|---|
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: ______________________ ______________________________

BRADLEY J. WALLER, Trustee

**EXHIBIT D**

**PROFESSIONAL FEES AND EXPENSES**

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | 0.00 | 0.00 | 0.00 |
| **Accountant for Trustee**<br>Lee G. Schwendner, CPA<br>DiGiovine, Hnilo, Jordan & Johnson<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL 60174 | 0.00 | 1,135.00 | 1,135.00 |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| **Attorney for Debtor**<br>Eric Zelazny<br>401 W. Lockport St<br>Plainfield, IL 60544 | 0.00 | 0.00 | 0.00 |
| **Other Professionals**<br>Bradley J. Waller, Trustee<br>Klein, Stoddard, Buck, Waller & Lewis<br>2045 Aberdeen Court<br>Sycamore, IL 60178 | 0.00 | 1,979.47 | 1,979.47 |
| TOTAL | $ 0.00 | $ 3,114.47 | $ 3,114.47 |

**EXHIBIT G**