**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SPRUNGER, ROBERT, JR. | ) | |
| SPRUNGER, TANYA | ) | CASE NO. 05-53754 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432

   on:   **December 14, 2007**
   at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | a. Receipts | $ 14,141.80 |
   | b. Disbursements | $ 4,348.49 |
   | c. Net Cash Available for Distribution | $ 9,793.31 |

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 1,764.18 | $ 215.29 |
| Lee G. Schwendner, Accountant | $ 0.00 | $ 1,135.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

      none

6. Claims of general unsecured creditors totaling $62,181.19, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 10.74%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Target National Bank (f.k.a. Retailers National Bank | $ 2,220.21 | $ 267.57 |
| 2 | Target National Bank (f.k.a. Retailers National Bank | $ 10,417.36 | $ 1,255.44 |
| 3 | Chase Bank USA, N.A. | $ 8,759.25 | $ 1,055.61 |
| 4 | Discover Bank/Discover Financial Services | $ 10,190.73 | $ 1,228.12 |
| 5 | Discover Bank/Discover Financial Services | $ 15,323.24 | $ 1,846.66 |
| 6 | American Express Centurion Bank | $ 8,508.90 | $ 1,025.44 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Residence
    b. 2001 Ford Ecoline Van

Dated: **November 8, 2007**      For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

754    Doc 36    Filed 11/08/07    Entered 11/10/07 23:41:18    Desc Imaged
Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Nov 08, 2007
Case: 05-53754                Form ID: pdf002          Total Served: 20

The following entities were served by first class mail on Nov 10, 2007.
db           +Robert Sprunger, Jr.,   4602 Carrier Circle,   Plainfield, Il 60586-8332
jdb          +Tanya Sprunger,   4602 Carrier Circle,   Plainfield, Il 60586-8332
aty          +Eric G Zelazny,   Eric G Zelazny Attorney at Law,   401 W Lockport St,
               Plainfield, IL 60544-1856
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10490674     +American Express,   P O Box 36002,   Fort Lauder dale Fl 33336-0001
10612020      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10490675      Bank One,   P O Box 36002,   Wilmington De 19899
10490676     +Capital One,   P O Box 790216,   Saint Louis Mo 63179-0216
10745000     +Capital One Bank,   Capital One,   c/o TSYS Debt Management,   PO Box 5155,
               Norcross GA 30091-5155
10490677     +CarMax Auto Finance,   P O Box 3174,   Milwaukee Wi 53201-3174
10584779     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Ave, Suite 900,
               Seattle, WA 98121-2339
10490678     +Citibank Sd,   P O Box 15687,   Wilmington De 19850-5687
10489242     +Eric G Zwlazny,   Attorney At Law,   401 W Lockport St,   Plainfield IL 60544-1856
10489225     +Indy Mac Bank,   P O Box 3445,   Evansville IN 47733-3445
10489224     +Robert W Sprunger,   4602 Carrier Cir,   2nd,   Plainfield IL 60586-8332
10489226     +Tanya L Sprunger,   4602 Carrier Circle,   Palinfield Il 60586-8332
10489227     +Target,   P O Box 59231,   Minneapolis Mn 55459-0231
10576998     +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339

The following entities were served by electronic transmission on Nov 09, 2007.
10611984      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 09 2007 05:15:23
               Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
10490679      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 09 2007 05:15:23      Discover Card,
               12 Reads Ways,   New Castle De 19720
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2007**                          **Signature:** _Joseph Speetjens_